STEVEN W. MYHRE
Acting United States Attorney
PHILLIP N. SMITH, JR.
Assistant United States Attorney
Nevada State Bar Number 10233
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6503 / Fax: (702) 388-5087
phillip.smith@usdoj.gov

Attorney for the Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No.: 2:13-cr-031-RCJ-CWH |
| Plaintiff, | ) |
| | ) **GOVERNMENT'S MOTION TO** |
| vs. | ) **UNSEAL PETITION FOR REVOCATION** |
| | ) **OF SUPERVISED RELEASE** |
| OTIS TURNER, | ) |
| | ) |
| Defendant. | ) |
| | ) |

COMES NOW the United States of America, by and through its attorneys, STEVEN W. MYHRE, Acting United States Attorney, and PHILLIP N. SMITH, JR., Assistant United States Attorney, and respectfully moves this Court for an Order to UNSEAL the Petition for Revocation of Supervised Release filed on May 15, 2017 (Docket ##60 and 61) in the above-captioned case.

Dated this the 17th day of May, 2017.

Respectfully Submitted,

STEVEN W. MYHRE
Acting United States Attorney

By: _____/s/_____
PHILLIP N. SMITH, JR.
Assistant United States Attorney

STEVEN W. MYHRE
Acting United States Attorney
PHILLIP N. SMITH, JR.
Assistant United States Attorney
Nevada State Bar Number 10233
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6503 / Fax: (702) 388-5087
phillip.smith@usdoj.gov

Attorney for the Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No.: 2:13-cr-031-RCJ-CWH |
| Plaintiff, | ) |
| | ) **ORDER TO UNSEAL PETITION** |
| vs. | ) |
| | ) |
| OTIS TURNER, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the Petition for Revocation of Supervised Release filed on May 15, 2017 in the above-captioned case (Docket ##60 and 61), shall be unsealed.

DATED May 19, 2017

_____
UNITED STATES MAGISTRATE JUDGE